Law Offices of Kayla Grant
Kayla M. Grant, Esq. [SBN 243466]
725 College Ave., Suite #6
Santa Rosa, CA 95404
(707)595-0713
kayla@kgrantlaw.com

Attorney for Debtor/Plaintiff

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>John Mark Frost<br><br>            Debtor<br>_____<br>John Mark Frost<br><br>            Plaintiff<br><br>v.<br><br>VSAC Federal Loans, U.S. Dept. of Justice,<br><br>            Defendants. | Case No 15-11279<br>Chapter 7<br>A.P. Case No. 16-01011<br><br>PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)<br><br>[Declaration of Kayla M. Grant, and Proposed Order Filed Concurrently]<br><br>Date:<br>Time:<br>Location:<br>Judge: |

Pursuant to N.D. Cal. Civil Local Rule 79-5, Plaintiff, John Mark Frost, respectfully moves the Court to issue an administrative order that authorizes the sealing of the following document:

**DECLARATION OF DEBTOR IN SUPPORT OF COMPLAINT TO DETERMINE DISCHARGEABILITY OF EDUCATIONAL LOANS UNDER 11 U.S.C §523 (a)(8) ("Declaration")**

This Declaration contains confidential information regarding Plaintiff's health, which is protected under the California Confidentiality of Medical Information Act and the Health Insurance Portability and Accountability Act.

The basis for Plaintiff's administrative motion is set forth in the Declaration of Kayla Grant In Support of Defendants' Administrative Motion to File Document Under Seal submitted herewith. A proposed order granting Plaintiff's administrative motion and authorizing the sealing of the document is also submitted herewith.

For the reasons set forth above, John Mark Frost respectfully requests that the Court grant an Order allowing John Mark Frost to file the above document under seal.

DATED: February 19, 2016

/s/ Kayla M. Grant
Kayla M. Grant, Esq.
Attorney for Debtor/Plaintiff