Law Offices of Kayla Grant
Kayla M. Grant, Esq. [SBN 243466]
725 College Ave., Suite #6
Santa Rosa, CA 95404
(707)595-0713/(415)226-9675
kayla@kgrantlaw.com

Attorney for Debtor/Plaintiff

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>John Mark Frost<br><br><br><br><br>                 Debtor<br>_____<br>John Mark Frost<br><br>                 Plaintiff<br><br>v.<br><br>VSAC Federal Loans, U.S. Dept. of Justice,<br>U. S. Department of Education<br><br>                 Defendants. | Case No 15-11279<br>Chapter 7<br>A.P. Case No. 16-01011<br><br>DECLARATION OF KAYLA M. GRANT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)<br><br><br><br><br>Date:<br>Time:<br>Location:<br>Judge: |

I, Kayla M. Grant, hereby declare:

1. I am the attorney of record for the Debtor/Plaintiff, John Mark Frost. I am a member in good standing of the California bar. I make this declaration in support of Plaintiff's Administrative Motion to File Documents Under Seal. I further make this declaration on the basis of personal knowledge, and if called to testify as a witness, I would and could testify competently hereto.

2. The DECLARATION OF DEBTOR IN SUPPORT OF COMPLAINT TO DETERMINE DISCHARGEABILITY OF EDUCATIONAL LOANS UNDER 11 U.S.C §523 (a)(8) ("Declaration") contains confidential information regarding Plaintiff's health, which is protected under the California Confidentiality of Medical Information Act and the Health Insurance Portability and Accountability Act.

3. Filing this Declaration using the regular ECF process would jeopardize Plaintiff's privacy, and as a result he would likely suffer undue discrimination and harassment, especially, when he attempts to seek residence or employment in the future.

4. As such, it is in the best interest of Debtor for this Declaration to be filed under seal.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 24, 2016

/s/ Kayla M. Grant
Kayla M. Grant, Esq.
Attorney for Debtor/Plaintiff