Law Offices of Kayla Grant
Kayla M. Grant, Esq. [SBN 243466]
725 College Ave., Suite #6
Santa Rosa, CA 95404
(707)595-0713/(415)226-9675
kayla@kgrantlaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>John Mark Frost<br><br><br><br>Debtor | Case No. 15-11279<br>Chapter 7<br>A.P. Case No. 16-01011<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: May 16, 2016<br>Time: 2:00 p.m.<br>Location: U.S. Bankruptcy Court, Crtrm<br>99 South E Street<br>Santa Rosa, CA 954041<br>Judge: Alan Jaroslovsky |
| John Mark Frost,<br><br>Plaintiff,<br><br>v.<br><br>VSAC Federal Loans,<br>United States Department of Justice,<br>U.S. Department of Education<br><br>Defendants. | |

## CERTIFICATE OF SERVICE BY MAIL

I am at least 18 years of age and not a party to the within action; my business address is 725 College Ave., Suite #6, Santa Rosa, CA 95404.

On February 29, 2016, I served the interested parties with the document described as follows:

**1. SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING;
2. ADVERSARY PROCEEDING COVER SHEET; and
3. COMPLAINT TO DETERMINE DISCHARGEABILITY OF EDUCATIONAL LOANS PER 11 U.S.C.§523 (a)(8)**

| | |
|---|---|
| **BY USPS:** By placing a true copy thereof enclosed in a sealed envelope addressed as follows: | |
| U.S. Department of Education<br>400 Maryland Avenue SW, Room 6E353,<br>Washington, D.C. 20202 | VSAC Federal Loans<br>Attn: Thomas A. Little, registered agent<br>10 East Allen Street<br>Winooski, VT, 05404 |
| U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington D.C. 20530-0001 | |

The envelope was deposited in the United States Post Office. I deposited such envelope at Glen Ellen, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing affidavit.

**BY NOTICE OF ELECTRONIC FILING.** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users.

Chapter 7 Trustee
Timothy W. Hoffman    twh1761@sbcglobal.net, ca73@ecfcbis.com

Executed on February 29, 2016 at Glen Ellen, California.

I declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

/s/ Steve Kolkey
Steve Kolkey

Case: 16-01011    Doc# 5    Filed: 02/29/16    Entered: 02/29/16 09:42:45    Page 2 of 3